UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Bedrock Realty Trust</u>

        v.                       Civil No. 10-cv-62-SM

<u>Laconia Savings Bank, et al</u>

<u>O R D E R</u>

Pursuant to Local Rule 83.6(c), a corporation, unincorporated association or trust may not appear in any action or proceeding <u>pro se</u>. Accordingly, the plaintiff is responsible to assure counsel files an appearance on its behalf within thirty (30) days of the date of this order or the matter may be dismissed without prejudice.

SO ORDERED.

March 2, 2010                                        <u>/s/ Daniel J. Lynch</u>
                                                               Daniel J. Lynch
                                                               United States Magistrate Judge

cc:    Bedrock Realty Trust
        Jeanne P. Herrick, Esq.
        Christopher J. Somma, Esq.