UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW HAMPSHIRE


<u>Bedrock Realty Trust</u>

        v.                          Case No. 10-cv-62-SM

<u>Laconia Savings Bank and</u>
<u>Stewart Title Guaranty Company</u>


                              ORDER

        Re: Document No. 8, Objection to Order dated March 2, 2010

        Ruling:   Accepting the objection (document no. 8) as an appeal of the magistrate judge's order, the court hereby modifies the order as follows.  The magistrate judge's order stands, subject to plaintiff's filing, within 14 days of the date of this order an affidavit and supporting documentation establishing that Samuel Bourne is both trustee and sole beneficiary of the Bedrock Realty Trust.  If that is the case, the court will consider allowing Samuel Bourne to represent the trust in this litigation. See e.g. <u>Kitras v. Town of Aquinnah</u>, 379 F. Supp. 2d  81, 82-83 (D. Ma. 2005).

                                         _____
                                         Steven J. McAuliffe
                                         Chief Judge

Date:  March 12, 2010

cc:  Samuel Bourne, Trustee
     Jeanne P. Herrick, Esq.