UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


Bedrock Realty Trust,
     Plaintiff

        v.                            Case No. 10-cv-62-SM

Laconia Savings Bank and
Stewart Title Guaranty Company,
     Defendants


O R D E R


     The Plaintiff Trust having failed to comply with the court's order dated March 23, 2010

(document no. 19),  the case is dismissed, without prejudice, for failure to prosecute.


     SO ORDERED.


April 29, 2010                       _____
                                  Steven J. McAuliffe,
                                  Chief Judge


cc:    Bedrock Realty Trust
       Samuel Bourne, Trustee
       Jeanne P. Herrick, Esq.
       Edmond J. ford, Esq.
       Christopher J. Somma, Esq.